PATRICK SLATTERY, Plaintiff in Error, *v.* THE PEOPLE, etc., Defendants in Error.

*Charge of the court — made at prisoner's request — cannot afterwards be objected to by him.*

Writ of error to review the conviction of the plaintiff in error, at the Court of General Sessions, upon an indictment for an assault with intent to kill. Before the case was submitted to the jury, the prisoner's counsel requested the court to charge that he could not be convicted, under the indictment, for an assault with a sharp, dangerous weapon, with intent to do bodily harm, and the court so charged. *Held,* that the charge having been made at his request, he could not afterwards object to it, although it was clearly erroneous; nor could he have been prejudiced by this error, as the jury have, by their verdict, negatived the idea that the crime committed by him was anything less than that charged in the indictment.

Writ of error to review the conviction of the plaintiff in error, for assault with intent to kill, at the February Term of the Court of General Sessions of the city of New York.

*William F. Kintzing,* for the plaintiff in error.

*Benj. K. Phelps,* district attorney, for the defendants in error.

Opinion by Daniels, J.

Davis, P. J., and Brady, J., concurred.

Conviction affirmed.